UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re
ROBERT GIOVANNUCCI and
DEBORAH GIOVANNUCCI,
      Debtors

Chapter 13
Case No.: 09-17690-JNF

### MOTION TO DISMISS CHAPTER 13 CASE

The Debtors, by their attorney, represent as follows:

1. That the Debtors filed a chapter 13 petition on 8/12/09.

2. That this Chapter 13 case has not been converted to Chapter 13 from another chapter of title 11.

3. That under 11 U.S.C.sec.1307(b), the debtors are entitled to have their Chapter 13 case dismissed at any time, and the debtors by this motion, request that their case be dismissed.

WHEREFORE, the Debtors move this court to enter an order dismissing their case and closing the estate as provided by law.

By their attorney

/s/Michael J. Splaine
Michael J. Splaine.
Attorney At Law
221 Essex Street, fl 3
Salem, MA 01970
Tel: (978) 825- 9999
Fax: (978) 825- 0009
BBO # 475740

Dated: February 8, 2010

### Certificate Of Service

The undersigned hereby certifies that a copy of the within document was served first class mail, postage paid to Carolyn Bankowski, Ch 13 Trustee at P.O Box 8250 Boston, MA 02114 and Robert & Deborah Giovannucci, Debtors at 140 Aspen Road, Swampscott, MA 01907 on February 8, 2010 and upon all parties in interest that receive notice of filings via ECF.

Dated February 8, 2010

/s/Michael J. Splaine
Michael J. Splaine

2/8/2010 Allowed.